# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>HUGH ROY MARSHAL, *et al.,*<br><br>Defendant. | CASE NO.: 3:17-CV-00141-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #12[1]) entered on June 1, 2017, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1); file the Complaint (ECF No. 1-1) and dismiss the Complaint with prejudice. On June 7, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #13).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #12) entered on June 1, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED; the Clerk shall file the Complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 18th day of July, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.